AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA,

v.

DANIEL BONILLA,

)
)
)
)
)

Case No.    1:26-MJ-00024-SKO

### ORDER SETTING CONDITIONS OF RELEASE
(Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address.

(5) The defendant must appear at:    UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
                                                            *Place*

2500 TULARE STREET, FRESNO CA 93721 in Courtroom 9

on                                        May 21, 2026 at 10:00 AM
                                                *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 3/16/2026

_____
*Defendant's signature*

Date: 3/16/2026

_____
*Judicial Officer's Signature*

Stanley A. Boone, United States Magistrate Judge
*Printed name and title*