ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DANIEL BONILLA,<br>Defendant. | Case No. 1:26-mj-00024-SAB<br><br>MOTION AND ORDER FOR DISMISSAL AND TO VACATE HEARING DATE<br><br>HEARING DATE: November 6, 2026, at 9:00 a.m. |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-mj-00024-SAB against DANIEL BONILLA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States further moves to vacate the Motion to Suppress and Evidentiary Hearing date of November 6, 2026, in the interest of justice.

DATED: September 30, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that Case No. 1:26-mj-00024-SAB against DANIEL BONILLA is dismissed, without prejudice, in the interest of justice, and that the Motion to Suppress and Evidentiary Hearing date of November 6, 2026, is hereby vacated.

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge